JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDEEP CHAUHAN, | Case No. 2:22-cv-08185-MCS-E |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

Pursuant to the Court's Order Dismissing Case for Improper Venue, it is ordered, adjudged, and decreed that this case is dismissed without prejudice for improper venue. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: December 7, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE